IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.10-cv-02818-WYD-MJW

DELMO FRESQUEZ

Plaintiff,

v.

WELLS FARGO, N.A.

Defendant.

---

~~PROPOSED~~ ORDER RE: UNOPPOSED MOTION TO VACATE SETTLEMENT CONFERENCE (Docket no. 13)

---

THIS COURT, having reviewed the Unopposed Motion to Vacate Settlement Conference filed by Defendant Wells Fargo, N.A., and being fully apprised in this matter hereby ORDERS (X)

The settlement conference set for May 4, 2011 is hereby vacated.

SO ORDERED this 27 day of April, 2011.

(X) the motion (Docket No 13) is granted.

BY THE COURT

_(signature)_
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO