IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-02818-WYD-MJW

DELMO FRESQUEZ,

Plaintiff(s),

v.

WELLS FARGO, N.A.,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Joint Motion to Amend Scheduling Order (docket no. 16) is DENIED WITHOUT PREJUDICE.  Based upon the recent deposition testimony of Jo Ann Strock as outlined in paragraph no. 4 in the subject motion (docket no. 16), it is FURTHER ORDERED that Plaintiff and Defendant are granted leave to file any appropriate motion to amend the pleadings consistent with Fed. R. Civ. P. 15 and 16 on or before July 29, 2011.  The parties are reminded that they must first meet and confer consistent with D.C.COLO.LCivR 7.1 before filing such a motion.  If such a motion is filed and if the court later grants such motion, then the parties may renew their motion to amend the Scheduling Order.

Date:  July 20, 2011