# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.**  10-cv-02818-WYD-MJW | FTR - Courtroom A-502 |
| **Date:**   September 28, 2011 | Courtroom Deputy, Ellen E. Miller |
| <u>Parties</u> | <u>Counsel</u> |
| DELMO FRESQUEZ,<br>          Plaintiff(s), | J. Brent Garfield |
| v. | |
| WELLS FARGO, N. A., and<br>US BANK NATIONAL ASSOCIATION,<br>  as Trustee for Credit Suisse First  Boston  MBS<br>  Heat 2003-7,<br>          Defendant(s). | Jessica M.  Debroisse |
| and | |
| US BANK NATIONAL ASSOCIATION,<br>  as Trustee for Credit Suisse First  Boston  MBS<br>  Heat 2003-7,<br>          Third Party Plaintiff,<br>v. | |
| JO ANNE STROCK,<br>          Third Party Defendant. | - - - - - - - - |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   FINAL  PRETRIAL  CONFERENCE
**Court in Session:**      8:30 a.m.
Court calls case.  Appearances of counsel.

Status of the case is discussed.  It is noted the operative pleadings are the  Amended Complaint [Docket No.  24] filed August 10, 2011  and the Third Party Complaint   [Docket No. 25]   filed August 15, 2011.

Thirty Party Plaintiff has been unable to effect service on Third Party Defendant, Jo Anne Strock.

**It is ORDERED:**        A SHOW CAUSE HEARING / SCHEDULING CONFERENCE is set **NOVEMBER 29, 2011   at   9:30 a.m.**  in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  A written ORDER TO SHOW CAUSE shall issue.

*10-cv-02818-WYD-MJW*
*Final Pretrial Conference*
*September 28, 2011*

                Parties shall file their proposed  AMENDED SCHEDULING ORDER **on or before  NOVEMBER 25, 2011.**

Third Party Defendant is directed to forthwith serve Third Party Defendant,  including a notice of this hearing.

**It is ORDERED:**    Defendants' Unopposed Motion to Amend Scheduling Order and Vacate Final Pretrial Conference [Docket NO. **28**, filed September 23, 2011] is **GRANTED** for reasons as set forth on the record.

                The Scheduling Order [Docket No. **8**] is amended in that the Final Pretrial Conference is vacated, to be reset as necessary.

Hearing concluded.

**Court in recess:**    8:46 a.m.
Total In-Court Time 00: 16

To order a transcript of this proceedings, contact  Avery Wood Reports   (303) 825-6119  or    Toll Free   1-800-962-3345.