IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-02818-WYD-MJW

DELMO FRESQUEZ,

Plaintiff(s),

v.

WELLS FARGO, N.A., and
US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MBS HEAT 2003-7,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion to Vacate Scheduling Conference (docket no. 33) is GRANTED finding good cause shown.  The Scheduling Conference set on November 29, 2011, at 9:30 a.m is VACATED.

It is FURTHER ORDERED that Plaintiff and Defendants shall file a written status report concerning the status of settlement with the court on or before December 16, 2011.

It is FURTHER ORDERED that the Order to Show Cause (docket no. 31) is VACATED since Third Party Plaintiff U.S. Bank has served the Third Party Defendant Jo Anne Strock.

It is FURTHER ORDERED that Third Party Plaintiff shall file its Motion for Clerk's Default and Motion for Summary Judgment on or before December 16, 2011, or show cause why this Third Party Complaint should not be dismissed.

Date:   November 28, 2011